

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00448-CV

PROPHET RONALD DWAYNE WHITFIELD, EX REL., Appellant

V.

BIG STAR HONDA, JOHN DOE, ET AL., Appellees

Appeal from the 295th District Court of Harris County
(Tr. Ct. No. 2015-08974).

This case is an appeal from the order signed by the trial court on April 29, 2015. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that costs be taxed against appellant.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 19, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Keyes, and Bland.